JASON P. GONZALEZ (SBN 178768)
jgonzalez@nixonpeabody.com
CHRISTOPHER BRAHAM (SBN 293367)
cbraham@nixonpeabody.com
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth St., 46th Floor
Los Angeles, CA 90013-1010
Tel: 213-629-6000
Fax: 213-629-6001

Attorneys for Plaintiffs
APOLLO MEDICAL HOLDINGS, INC. and
MAVERICK IPA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| APOLLO MEDICAL HOLDINGS, INC. and MAVERICK IPA, | Case No. CV 13-9158 PA (MANx) |
|---|---|
| Plaintiffs, | **PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |
| vs. | |
| DOES 1 through 5, | |
| Defendants. | |

Plaintiff Apollo Medical Holdings, Inc. ("ApolloMed") and Maverick IPA ("Maverick") (collectively, "Plaintiffs"), by and through their attorneys, Nixon Peabody LLP, hereby respond to the Court's May 7, 2014 Order to Show Cause for why the Court should not dismiss the Complaint for lack of prosecution.

On December 12, 2013, Plaintiffs filed a Complaint against DOES 1 through 5 ("Defendants") alleging Defendants placed false and misleading advertisements in Los Angeles-area newspapers. Plaintiffs filed the Complaint against Doe Defendants because the true identity and capacity of the Defendants was unknown. On December 19, 2013, Plaintiffs filed an Ex Parte Application for leave to serve

third party subpoenas before the Rule 26(f) conference so that it may learn Defendants' true identity. On January 6, 2014, the Court granted the Ex Parte Application.

In an effort to learn Defendants' true identities, Plaintiffs have since served three separate subpoenas on Verizon Wireless, which issued the phone number associated with the individual(s) that placed the advertisements at issue. Unfortunately, the information obtained in response to the subpoenas did not indicate Defendants' true identity. Plaintiffs also have undertaken additional investigative efforts, including interviews and database searching, all without success. Plaintiffs have determined therefore that further expenditure of resources on finding Defendants' true identity does not appear merited. Therefore, pursuant to Rule 41(a)(1)(A)(i), Plaintiffs are submitting concurrently herewith a Notice of Dismissal to dismiss the Complaint without prejudice.

Dated:   May 21, 2014               NIXON PEABODY LLP

By: _____
Jason P. Gonzalez
Christopher Braham
Attorneys for Plaintiffs
APOLLO MEDICAL HOLDINGS, INC. and MAVERICK IPA